UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shafiuallah Sakhizada,<br><br>              Plaintiff,<br><br>   v.<br><br>Ur Mendoza Jaddou, et. al,<br><br>              Defendants. | No. 2:22-cv-00220-KJM-DB<br><br>ORDER |

      Pursuant to the parties' stipulation, ECF No. 8, the court dismisses this action. Each party shall bear its own litigation costs. All previously set deadlines are VACATED. The Clerk of Court tis directed to close the case.

      IT IS SO ORDERED.

DATED: March 29, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1